UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN TRACIE LOVE,<br><br>          Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY et al.,<br><br>          Defendants. | Case No. 2:23-cv-03851-SB-PVC<br><br><br>ORDER TO SHOW CAUSE RE: SANCTIONS AND DISMISSAL FOR LACK OF PROSECUTION |

      This action is set for a mandatory scheduling conference (MSC) on June 16, 2023.  The Court ordered Plaintiff to draft and file a joint Rule 26(f) report signed by all parties no later than June 6.  Dkt. No. 9 at 3.  On June 6, Defendants unilaterally filed a report providing their positions on the required items and stating that Plaintiff's counsel had indicated that he would circulate a draft report but had failed to do so.  Dkt. No. 20.  Plaintiff neither participated in preparing the report nor filed her own report by the June 6 deadline with an explanation for the unilateral filing.

      Accordingly, Plaintiff is ORDERED to show cause at an in-person hearing on June 16, 2023 at 8:30 a.m. (the same time as the MSC) why she and her counsel should not be sanctioned—including by the imposition of monetary sanctions and dismissal of the case without prejudice—for violating an order of the Court under Rule 16(f) and for lack of prosecution.  Plaintiff shall file a written response to this order to show cause (OSC) no later than June 12, 2023.  The written response shall state whether Plaintiff's counsel has ever been the subject of sanctions or an OSC for failing to follow any court rule or order.

      The parties shall promptly complete their meet and confer and shall file a *joint* Rule 26(f) report that complies with the Court's order no later than 9:00 a.m. on June 9, 2023.  IT IS SO ORDERED.

Date: June 7, 2023

                                                    Stanley Blumenfeld, Jr.
                                                    United States District Judge